IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV737

| | |
|---|---|
| YOLANDA FRASIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| Vs. ) | |
| ) | |
| WELLS FARGO BANK N.A, WELLS ) | |
| FARGO & COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (## 4 and 5) filed November 14, 2012 requesting admission of Robert J. Gray and Gerald D. Wells, III. For the reasons set forth therein, the Motions will be **GRANTED**.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge