IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV737

| YOLANDA FRASIER, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| Vs. | ) | |
| | ) | |
| WELLS FARGO BANK N.A, WELLS FARGO & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on two Applications for Admission to Practice Pro Hac Vice (## 11 and 12) filed December 12, 2012 requesting admission of Joan B. Tucker Fife and Jennifer Rappoport. For the reasons set forth therein, the Motions will be **GRANTED**.

Signed: December 19, 2012

Max O. Cogburn Jr.
United States District Judge