# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:12cv737

| | |
|---|---|
| **YOLANDA FRASIER**, individually and on behalf of all others similarly situated, | ) ) ) |
| **Plaintiff,** | ) ) |
| Vs. | ) ) **ORDER** |
| **WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY; and DOES 1 THROUGH 10, INCLUSIVE,** | ) ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER** is before the court on the "Stipulation and Proposed Order for Partial Dismissal" (#15). In that stipulation, the parties jointly request (by inclusion of a "So Ordered" provision) that the court enter the proposed stipulation, which would apparently resolve defendants' Motion to Dismiss (#7). Counsel are advised that filing a "Stipulation" or "Notice" that seeks court action is not an appropriate pleading under Rule 7.1, L.Cv.R. Instead, the Local Civil Rules require that requests for relief be filed in the form of a motion. This is not a mere formality, but a necessary step as ECF does not recognize stipulations or notices as pleadings that seek relief. As evidenced here, the "Stipulation for Partial Dismissal" was recognized by ECF as a stipulation of partial dismissal, but did not create a trackable event requiring court attention. The court notes that the proposed Stipulation omits formal resolution of the pending Motion to Dismiss (#7), which would remain a reportable motion under CJRA until resolved.

While the court will deem such to be a motion in the interest of moving the case along, the Local Civil Rules need to be observed in future filings, which require (1) filing a motion and

-1-

(2) submitting any proposed Order via Cyberclerk (if the parties wish that the proposed Order be used) or annexed to the motion as an exhibit

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Stipulation and Proposed Order for Partial Dismissal" (#15) is deemed to be a Motion for Approval of a Proposed Stipulation of Dismissal of Less than the Entire Case, made in accordance with Rule 41, Federal Rules of Civil Procedure, which is **GRANTED,** and Count Two of the Complaint as well as any class allegations under Rule 23 related to Count Two are **DISMISSED** without prejudice, each party bearing their own costs. Defendants' Motion to Dismiss (#7) is **DENIED** as moot.

Signed: January 3, 2013

Max O. Cogburn Jr.
United States District Judge