UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00737-MOC

| | | |
|---|---|---|
| **YOLONDA FRASIER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Admission to Practice Pro Hac Vice. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Admission to Practice Pro Hac Vice (#17) is GRANTED, and Michael J. Hynes is admitted to practice before the Bar of this court in this matter while associated with Gary W. Jackson as local counsel.

Signed: October 18, 2013

Max O. Cogburn Jr.
United States District Judge