UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00737-MOC

| | | |
|---|---|---|
| **YOLONDA FRASIER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WELLS FARGO BANK, N.A., ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motion for Approval of Settlement. Having considered the joint motion and reviewed the pleadings and a copy of the un-redacted settlement agreement *in camera*, and having determined that the terms therein are fair, adequate, and reasonable and that they were agreed to by all parties and that such parties were well counseled, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Approval of Settlement (#19) is **GRANTED.** The parties shall promptly comply with Article Four of the agreement and file a Rule 41 Stipulation of Dismissal.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge